UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:18-14359-CIV-ROSENBERG

MICHAEL EDWIN HARDING,
       Plaintiff,

v.

UNITED STATES OF AMERICA,
       Defendant.
_____/

## PRE-TRIAL NARRATIVE STATEMENT

The Petitioner, MICHAEL EDWIN HARDING, herby files the following PRE-TRIAL NARRARTIVE STATEMENT pursuant to the Court's Order dated May 17, 2019.

A. The facts of this case are set forth in Respondent's United States Response to Movant's 2255 Petition (DE6) which Petitioner adopts for purposes of this section of his narrative statement. Specifically the facts are set forth on pages 1 through 19 of the Government's Response.

B. A narrative written statement, signed by the Movant under penalty of perjury, setting forth the Movant's anticipated testimony.

    a. The Movant's anticipated testimony is set forth at length in his Addendum to his Petition to Vacate (DE 1-1) specifically in Ground Four of that Addendum. In addition to this testimony Petitioner will testify that his lawyer failed to follow his directions and did not object to the facts of the PSR and also permitted him to plead no contest to certain facts in the PSR which resulted in a certain conviction for a mandatory life felony in State Court.

C. Same as B above. In essence, Petitioner will testify that his counsel's errors failing to object or abandoning his objections led to the court:

1. imposing a 4 level enhancement for the material portraying sadistic, masochistic or other depictions of violence as listed in paragraph 30 of the PSR;

2. a 5 level enhancement for engaging in a pattern of activity involving the sexual abuse or exploitation of a minor, as listed in paragraph 31 of the PSR;

3. a 5 level enhancement based on the offense involving 600 or more images as listed in paragraph 33 of the PSR and

4. a 5 level enhancement based on the Chapter 4 enhancement as listed in paragraph 38 of the PSR.

D. A list of all exhibits that movant intends to offer into evidence at the hearing including but not limited to correspondence memorandum, prison mail and phone logs etc.

   a. See attachment

E. A list of the full names and addresses for each of the witnesses that movant intends to call at the hearing, and summary of the anticipated testimony of those witnesses:

   a. MICHAEL HARDING
      Palm Beach County Jail

      1. Mr. Harding will testify about the directions he provided to his attorney to impose the objections noted above and how his lawyer failed to follow his directions in this regard and withdraw the objections he had filed without Mr. Harding's consent.

   b. FLETCHER PEACOCK, Esq.
      Office of the Federal Public Defender
      Fort Pierce, Florida

1. Mr. Peacock will testify about what if any directions were given to him by Petitioner concerning the above described testimony of Petitioner and the reason if any for withdrawing his objections to the above paragraphs described in the PSR.

2. Mr. Peacock will also testify about his decision to allow the Petitioner to plead no contest to certain charges in the indictment and why he failed to object to the facts set forth in the PSR in a prophylactic way to avoid conceding any issues on appeal.

SWOTN TO AND SUBSCRIBED BEFORE ME THIS 27Th DAY OF AUGUST, 2019.

_____
MICHAEL EDWIN HARDING

State of Florida                    )
                                    )
County of Palm Beach                )

By: _____
Signature of Notary Public-
State of Florida

NOTARY SEAL



Dated: August 28, 2019

Respectfully submitted,

**Michael B. Cohen, Esq.**
*Michael B. Cohen*

Michael B. Cohen, Esq.
Florida Bar No: 210196
6400 North Andrews Ave., Ste 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
mcohenlaw@aol.com