# MICHAEL HARDING v. UNITED STATES OF AMERICA
## 18-CV-14359-ROSENBERG/MATTHEWMAN
## 2255 HEARING EXHIBITS

| PRESIDING JUDGE | ASSISTANT UNITED STATES ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. William Matthewman | Daniel E. Funk | C. White / M. Montaner |
| HEARING DATES | COURT REPORTER | COURTROOM DEPUTY |
| July 27 and July 28, 2021 | Audio Recorded | Kenneth Zuniga |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/27/21 | X | X | Draft Presentence Investigation Report (CrDE: 82) |
| 2 | | 7/27/21 | X | X | Defendant's Objections to the Presentence Report (CrDE: 86) |
| 3 | | 7/27/21 | X | X | Presentence Investigation Report and Addendum (CrDE: 87) |
| 4 | | 7/27/21 | X | X | Defendant's Motion for Downward Variance (CrDE: 92) |
| 5 | | 7/27/21 | X | X | Defendant's Amended Objections to the Presentence Report (CrDE: 95) |
| 6 | | 7/27/21 | X | X | Transcript of Calendar Call (2/17/16) (CrDE: 126) |
| 7 | | 7/27/21 | X | X | Transcript of Status Conference (2/19/16) (CrDE: 127) |
| 8 | | 7/27/21 | X | X | Transcript of Plea (2/22/16) (CrDE: 128) |
| 9 | | 7/27/21 | X | X | Transcript of Sentencing (Volume 1) (5/16/16) (CrDE: 129) |
| 10 | | 7/27/21 | X | X | Transcript of Sentencing (Volume 2) (5/23/16) (CrDE: 130) |
| 11 | | 7/27/21 | X | X | Attorney Notes of Fletcher Peacock |
| 12 | | 7/27/21 | X | X | Attorney Letters to Defendant from Fletcher Peacock |
| 13 | | 7/27/21 | X | X | LG D800 Extraction Report (talk.kik.com) |
| 14 | | 7/27/21 | X | X | LG D800 Extraction Report (messages) |
| 15 | | 7/27/21 | X | X | Photograph of Cellphone Chats |
| 16 | | 7/28/21 | X | X | DVD containing CP images & videos extracted from electronic devices presented at sentencing hearing on 5/23/2016 |