UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14057-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL EDWIN HARDING,

    Defendant.
_____/

### DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT

    The defendant Michael Harding, through counsel files the following objections:

    1)    In regard to paragraph 12, 13, 14, 15, 16, 17, 18, 19 and 20, Mr. Harding denies engaging in sexual contact or conduct with a minor.

    2)    Mr. Harding objects to the enhancement in paragraph 31 for a pattern of activity involving the sexual abuse or exploitation of a minor.

    3)    Mr. Harding objects to the allegations and enhancements in paragraphs 38, 39, 40 and 41.

    4)    Mr. Harding objects to the allegations and enhancements in paragraphs 46, 47, 48 and 49.

    5)    Mr. Harding objects to the enhancement in paragraph 58. Mr. Harding denies that he engaged in a pattern of prohibited sexual conduct.



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 18-CV-14359-RLR
EXHIBIT NO. 2

6) Mr. Harding objects to the grouping in paragraph 54. Each group includes enhancements for conduct that was included as a specific offense characteristic in another group. As such, they are "closely related" and should be grouped together. U.S.S.G. § 3D1.2.

7) Mr. Harding denies the charges and allegations in paragraph 66 (St. Lucie Cnty. Case No. 15-CF-2947).

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

By:    *s/Fletcher Peacock*
        Fletcher Peacock
        Assistant Federal Public Defender
        Florida Bar No. 441996
        109 North Second Street
        Fort Pierce, Florida 34950
        Tel: 772-489-2123
        Fax: 772-489-3997
        E-Mail: Fletcher_Peacock@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on April 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      By: *s/Fletcher Peacock,* AFPD
                                              Fletcher Peacock

# SERVICE LIST

## UNITED STATES v. MICHAEL EDWIN HARDING
Case No. 15-14057-CR-ROSENBERG/LYNCH
United States District Court, Southern District of Florida


**Fletcher Peacock**
**Fletcher_Peacock@fd.org**
**Assistant Federal Public Defender**
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for Michael Edwin Harding
Notices of Electronic Filing


**Daniel E. Funk**
**daniel.funk@usdoj.gov**
**Assistant United States Attorney**
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 305-905-7509
Fax: 772-595-3606
Notice of Electronic Filing

4