UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14057-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL EDWIN HARDING,

    Defendant.
_____/

### DEFENDANT'S AMENDED OBJECTIONS TO THE PRESENTENCE REPORT

The defendant Michael Harding, through counsel, withdraws his previous objections (D.E. 86) and files the following amended objections to the presentence report:

1) In regard to paragraph 12, 13, 14, 15, 16, 17, 18, 19 and 20, Mr. Harding continues his plea of <u>nolo contendere</u> and chooses not to defend the allegations.

2) In regard to paragraph 31, Mr. Harding continues his plea of <u>nolo contendere</u> and chooses not to defend the allegations.

3) In regard to paragraphs 38, 39, 40 and 41, Mr. Harding continues his plea of <u>nolo contendere</u> and chooses not to defend the allegations.

4) In regard to paragraphs 46, 47, 48 and 49, Mr. Harding continues his plea of <u>nolo contendere</u> and chooses not to defend the allegations.

GOVERNMENT EXHIBIT
CASE NO. 18-CV-14359-RLR
EXHIBIT NO. 5

5) In regard to paragraph 58, Mr. Harding continues his plea of <u>nolo contendere</u> and chooses not to defend the allegations.

6) In regard to paragraph 54, the defendant agrees with the United States Probation Officer's assessment and revision.

7) In regard to paragraph 66, Mr. Harding maintains a position of "not guilty" to the pending state of Florida criminal charges in St. Lucie County, Florida, Case No. 15-CF-2947.

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

By:    *s/Fletcher Peacock*
        Fletcher Peacock
        Assistant Federal Public Defender
        Florida Bar No. 441996
        109 North Second Street
        Fort Pierce, Florida 34950
        Tel: 772-489-2123
        Fax: 772-489-3997
        E-Mail: Fletcher_Peacock@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 13, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Fletcher Peacock,* AFPD
Fletcher Peacock

## SERVICE LIST

### UNITED STATES v. MICHAEL EDWIN HARDING
Case No. 15-14057-CR-ROSENBERG/LYNCH
United States District Court, Southern District of Florida


**Fletcher Peacock**
**Fletcher_Peacock@fd.org**
**Assistant Federal Public Defender**
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for Michael Edwin Harding
Notices of Electronic Filing


**Daniel E. Funk**
**daniel.funk@usdoj.gov**
**Assistant United States Attorney**
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel:  305-905-7509
Fax: 772-595-3606
Notice of Electronic Filing

4