Munez

1/16 Harding FDC

- new charge
  - production of pic of step daughter
    - 15 to life
- potential state charge
  - cap. sex. batt.
    - potential man. life
- guidelines 360 - life
- feds have primary custody
- poss. deal w/ state
  - state has agreed in past to not prosecute if ∆ got minimum amount of time
    - 25 yrs.?
    - I will try to negotiate

GOVERNMENT EXHIBIT
CASE NO. 18-CV-14359-RLR
EXHIBIT NO. 11

Ex b 11    1

12/8 Harding FDC gen. pop.

- disc attempt to get state to agree
  - can't plead to production count unless state agrees to a concurrent term
  - wife pushing for life
  - only card we have may be to subpoena girls
- went through supplemental disc.
  - forensic IT report, state police reports, search affidavits
- potential penalties
  - cap sex batt → mand. life
  - fed guidelines → life
    - but RLR prob. won't go that high
- Δ willing to plead in exchange for 25-30 yr on everything
- doomsday scenario
  - if state won't agree, we may end up asking fed. judge for life

2/17 Harding Facts:

- went over no contest plea
  - effort to lower fed sent.
  - effect on state case
  - judge may or may not accept
    - if not → trial Monday

- state still refusing to negotiate
- Δ OK w/ no contest
  - wants lowest sent poss.
  - understands we won't win trial

- plea colloquy

- live David Shien
  - Δ still OK w/ me sharing facts & strategy

Exb. 11    3

4/20 Harding PBCJ

- read PSI
- commendations, awards, etc.
- disc. various sent. possibilities

Exb. 11  4

5/26/16 Harding SLCJ

- still in medical observation
- Δ does not want to go back to FDC
  - situation better at SLCJ
- disc. appeals and habeas

- Δ's objections
  - had more than 5% adult pornography
  - Ashley is presently dating a police officer
    - she said she couldn't have a relationship w/ anyone

Exb. 11   5