# FEDERAL PUBLIC DEFENDER
## Southern District of Florida

**Michael Caruso**
**Federal Public Defender**

**Hector A. Dopico**
**Chief Assistant**

Location: Fort Pierce

Miami:

Helaine B. Batoff
Sowmya Bharathi
R. D'Arsey Houlihan
Anthony J. Natale
Paul M. Rashkind,
  Supervising Attorneys

Bonnie Phillips-Williams,
  Executive Administrator

Stewart G. Abrams
Alex Arteaga-Gomez
Abigail Becker
Katie Carmon
Eric Cohen
Timothy Cone
Tracy Dreispul
Daniel L. Ecarius
Aimee Ferrer
Ayana Harris
Celeste S. Higgins
Bunmi Lomax
Ian McDonald
Christine O'Connor
Joaquin E. Padilla
Arun Ravindran
Rainbow Willard

Ft. Lauderdale:

Robert N. Berube,
  Supervising Attorney

Andrew Adler
Janice Bergmann
Brenda G. Bryn
Timothy M. Day
Chantel R. Doakes
Robin J. Farnsworth
Margaret Y. Foldes
Bernardo Lopez
Jan C. Smith
Michael D. Spivack
Gail M. Stage
Daryl E. Wilcox

West Palm Beach:

Peter Birch,
  Supervising Attorney

Robert E. Adler
Lori E. Barrist
Neison M. Marks
Kristy Militello
Robin C. Rosen-Evans

Fort Pierce:

Panayotta Augustin-Birch
R. Fletcher Peacock

October 2, 2015

Michael Edwin Harding
St. Lucie County Jail
900 North Rock Road
Fort Pierce, FL 34945

Re: United States v. Michael Edwin Harding
Case No. 15-14057-CR-Rosenberg/Lynch

Dear Mr. Harding:

Enclosed for your records, please find a copy of the detention order and indictment in regards to your case.

If you have any questions, you may contact me at (772) 489-2123. Thank you.

Sincerely,

*F. Peacock/dc*

Fletcher Peacock
  Assistant
Federal Public Defender

Enclosures

FP:dc

GOVERNMENT EXHIBIT
CASE NO. 18-CV-14359-RLR
EXHIBIT NO. 12

Miami
150 West Flagler Street
Suite 1500
Miami, FL 33130-1555
Tel: (305) 536-6900
Fax: (305) 530-7120

Ft. Lauderdale
One East Broward Boulevard
Suite 1100
Ft. Lauderdale, FL 33301-1842
Tel: (954) 356-7436
Fax: (954) 356-7556

West Palm Beach
450 Australian Avenue South
Suite 500
West Palm Beach, FL 33401-5040
Tel: (561) 833-6288
Fax: (561) 833-0368

Ft. Pierce
109 North 2nd Street
Ft. Pierce, FL 34950
Tel: (772) 489-2123
Fax: (772) 489-3997

Exb.12   1

# FEDERAL PUBLIC DEFENDER
Southern District of Florida

**Michael Caruso**
**Federal Public Defender**

**Hector A. Dopico**
**Chief Assistant**

Location: Fort Pierce

Miami:

Helaine B. Batoff
Sowmya Bharathi
R. D'Arsey Houlihan
Anthony J. Natale
Paul M. Rashkind,
   Supervising Attorneys

Bonnie Phillips-Williams,
   Executive Administrator

Stewart G. Abrams
Alex Arteaga-Gomez
Abigail Becker
Katie Cannon
Eric Cohen
Timothy Cone
Tracy Dreispul
Daniel L. Ecarius
Aimee Ferrer
Ayana Harris
Celeste S. Higgins
Bunmi Lomax
Ian McDonald
Christine O'Connor
Joaquin E. Padilla
Arun Ravindran
Rainbow Willard

Ft. Lauderdale:

Robert N. Berube,
   Supervising Attorney

Andrew Adler
Janice Bergmann
Brenda G. Bryn
Timothy M. Day
Chantel R. Doakes
Robin J. Farnsworth
Margaret Y. Foldes
Bernardo Lopez
Jan C. Smith
Michael D. Spivack
Gail M. Stage
Daryl E. Wilcox

West Palm Beach:

Peter Birch,
   Supervising Attorney

Robert E. Adler
Lori E. Barrist
Neison M. Marks
Kristy Militello
Robin C. Rosen-Evans

Fort Pierce:

Panayotta Augustin-Birch
R. Fletcher Peacock

October 16, 2015

Michael Edwin Harding
Jacket #0471660
Palm Beach County Jail
P.O. Box 33416
West Palm Beach, FL 33416

Re:  United States v. Michael Edwin Harding
     Case No. 15-14057-CR-Rosenberg/Lynch

Dear Mr. Harding:

Enclosed for your records, please find a copy of the superseding indictment in regards to your case.

If you have any questions, you may contact me at (772) 489-2123. Thank you.

Sincerely,

F. Peacock/dc

Fletcher Peacock
  Assistant
Federal Public Defender

Enclosures

FP:dc

Miami
150 West Flagler Street
Suite 1500
Miami, FL 33130-1555
Tel: (305) 536-6900
Fax: (305) 530-7120

Ft. Lauderdale
One East Broward Boulevard
Suite 1100
Ft. Lauderdale, FL 33301-1842
Tel: (954) 356-7436
Fax: (954) 356-7556

West Palm Beach
450 Australian Avenue South
Suite 500
West Palm Beach, FL 33401-5040
Tel: (561) 833-6288
Fax: (561) 833-0368

Ft. Pierce
109 North 2nd Street
Ft. Pierce, FL 34950
Tel: (772) 489-2123
Fax: (772) 489-3997

Exb. 12    2

# FEDERAL PUBLIC DEFENDER
## Southern District of Florida

**Michael Caruso**
**Federal Public Defender**

**Hector A. Dopico**
**Chief Assistant**

Location: Fort Pierce

Miami:

Helaine B. Batoff
Sowmya Bharathi
R. D'Arsey Houlihan
Anthony J. Natale
Paul M. Rashkind,
  Supervising Attorneys

Bonnie Phillips-Williams,
  Executive Administrator

Stewart G. Abrams
Alex Arteaga-Gomez
Abigail Becker
Katie Carmon
Eric Cohen
Timothy Cone
Tracy Dreispul
Daniel L. Ecarius
Aimee Ferrer
Ayana Harris
Celeste S. Higgins
Bunmi Lomax
Ian McDonald
Christine O'Connor
Joaquin E. Padilla
Arun Ravindran
Rainbow Willard

Ft. Lauderdale:

Robert N. Berube,
  Supervising Attorney

Andrew Adler
Janice Bergmann
Brenda G. Bryn
Timothy M. Day
Chantel R. Doakes
Robin J. Farnsworth
Margaret Y. Foldes
Bernardo Lopez
Jan C. Smith
Michael D. Spivack
Gail M. Stage
Daryl E. Wilcox

West Palm Beach:

Peter Birch,
  Supervising Attorney

Robert E. Adler
Lori E. Barrist
Neison M. Marks
Kristy Militello
Robin C. Rosen-Evans

Fort Pierce:

Panayotta Augustin-Birch
R. Fletcher Peacock

November 4, 2015

Michael Edwin Harding
Reg. No. 08543-104
Miami FDC
Federal Detention Center
P.O. Box 019120
Miami, Florida 33101

Re:  United States v. Michael Edwin Harding
     Case No. 15-14057-CR-Rosenberg/Lynch

Dear Mr. Harding:

Since our meeting last Thursday, I have done some research on your case. I will summarize it here and enclose copies of the most important cases.

First, it looks like the government has charged you improperly in Counts 4, 5 and 6. I believe that under 18 U.S.C. § 2252(a)(4)(B) the government can only charge you with a single count. Instead, it has charged you with three separate counts for the images on 1) the "PNY Thumb Drive (Count 4), 2) the "Lexar Thumb Drive (County 5), and 3) the "LG D800" cellular telephone. By charging three separate counts, the indictment is "multiplicitous" and violates the rule against Double Jeopardy. I have enclosed caselaw supporting our position. I will file a motion to dismiss or consolidate the counts.

We also discussed Count 7. After researching the law, I think the government lacks sufficient evidence to prove the count. Specifically, I do not believe the government can prove that you took a substantial step to persuade or induce a minor. The law requires more than just vague conversation. I have enclosed caselaw on that as well.

| Miami | Ft. Lauderdale | West Palm Beach | Ft. Pierce |
|---|---|---|---|
| 150 West Flagler Street | One East Broward Boulevard | 450 Australian Avenue South | 109 North 2nd Street |
| Suite 1500 | Suite 1100 | Suite 500 | Ft. Pierce, FL 34950 |
| Miami, FL 33130-1555 | Ft. Lauderdale, FL 33301-1842 | West Palm Beach, FL 33401-5040 | Tel: (772) 489-2123 |
| Tel: (305) 536-6900 | Tel: (954) 356-7436 | Tel: (561) 833-6288 | Fax: (772) 489-3997 |
| Fax: (305) 530-7120 | Fax: (954) 356-7556 | Fax: (561) 833-0368 | |

Ex6.12   3

Mr. Harding
November 4, 2015
Page 2

On my next visit we can discuss Count 7 further and how to contest it.

Sincerely,

*Fletcher Peacock*

Fletcher Peacock
   Assistant
Federal Public Defender

Enclosures

FP:dc

Exb.12  4

# FEDERAL PUBLIC DEFENDER
## Southern District of Florida

**Michael Caruso**
**Federal Public Defender**

**Hector A. Dopico**
**Chief Assistant**

Location: Fort Pierce

Miami:

Helaine B. Batoff
Sowmya Bharathi
R. D'Arsey Houlihan
Anthony J. Natale
Paul M. Rashkind,
  Supervising Attorneys

Bonnie Phillips-Williams,
  Executive Administrator

Stewart G. Abrams
Alex Arteaga-Gomez
Abigail Becker
Katie Carmon
Eric Cohen
Timothy Cone
Tracy Dreispul
Daniel L. Ecarius
Aimee Ferrer
Ayana Harris
Celeste S. Higgins
Bunmi Lomax
Ian McDonald
Christine O'Connor
Joaquin E. Padilla
Arun Ravindran
Rainbow Willard

Ft. Lauderdale:

Robert N. Berube,
  Supervising Attorney

Andrew Adler
Janice Bergmann
Brenda G. Bryn
Timothy M. Day
Chantel R. Doakes
Robin J. Farnsworth
Margaret Y. Foldes
Bernardo Lopez
Jan C. Smith
Michael D. Spivack
Gail M. Stage
Daryl E. Wilcox

West Palm Beach:

Peter Birch,
  Supervising Attorney

Robert E. Adler
Lori E. Barrist
Neison M. Marks
Kristy Militello
Robin C. Rosen-Evans

Fort Pierce:

Panayotta Augustin-Birch
R. Fletcher Peacock

November 9, 2015

Michael Edwin Harding
Reg. No. 08543-104
Miami FDC
Federal Detention Center
P.O. Box 019120
Miami, Florida 33101

Re: **United States v. Michael Edwin Harding**
Case No. 15-14057-CR-Rosenberg/Lynch

Dear Mr. Harding:

Enclosed for your records, please find a copy of the joint motion for continuance, motion to dismiss or merge counts, and order directing expedited response and reply in your case. The judge granted the continuance motion and trial is now scheduled for December 7, 2015.

If you have any questions, you may contact me at (772) 489-2123. Thank you.

Sincerely,

/s/ F. Peacock/dc

Fletcher Peacock
Assistant
Federal Public Defender

Enclosures

FP:dc

**Miami**
150 West Flagler Street
Suite 1500
Miami, FL 33130-1555
Tel: (305) 536-6900
Fax: (305) 530-7120

**Ft. Lauderdale**
One East Broward Boulevard
Suite 1100
Ft. Lauderdale, FL 33301-1842
Tel: (954) 356-7436
Fax: (954) 356-7556

**West Palm Beach**
450 Australian Avenue South
Suite 500
West Palm Beach, FL 33401-5040
Tel: (561) 833-6288
Fax: (561) 833-0368

**Ft. Pierce**
109 North 2nd Street
Ft. Pierce, FL 34950
Tel: (772) 489-2123
Fax: (772) 489-3997

Exb.12   5

# FEDERAL PUBLIC DEFENDER
## Southern District of Florida

**Michael Caruso**
**Federal Public Defender**

**Hector A. Dopico**
**Chief Assistant**

Location: Fort Pierce

Miami:

Helaine B. Batoff
Sowmya Bharathi
R. D'Arsey Houlihan
Anthony J. Natale
Paul M. Rashkind,
  Supervising Attorneys

Bonnie Phillips-Williams,
  Executive Administrator

Stewart G. Abrams
Alex Arteaga-Gomez
Abigail Becker
Katie Carmon
Eric Cohen
Timothy Cone
Tracy Dreispul
Daniel L. Ecarius
Aimee Ferrer
Ayana Harris
Celeste S. Higgins
Bunmi Lomax
Ian McDonald
Christine O'Connor
Joaquin E. Padilla
Arun Ravindran
Rainbow Willard

Ft. Lauderdale:

Robert N. Berube,
  Supervising Attorney

Andrew Adler
Janice Bergmann
Brenda G. Bryn
Timothy M. Day
Chantel R. Doakes
Robin J. Farnsworth
Margaret Y. Foldes
Bernardo Lopez
Jan C. Smith
Michael D. Spivack
Gail M. Stage
Daryl E. Wilcox

West Palm Beach:

Peter Birch,
  Supervising Attorney

Robert E. Adler
Lori E. Barrist
Nelson M. Marks
Kristy Militello
Robin C. Rosen-Evans

Fort Pierce:

Panayotta Augustin-Birch
R. Fletcher Peacock

November 20, 2015

Michael Edwin Harding
Reg. No. 08543-104
Miami FDC
Federal Detention Center
P.O. Box 019120
Miami, Florida 33101

Re: United States v. Michael Edwin Harding
    Case No. 15-14057-CR-Rosenberg/Lynch

Dear Mr. Harding:

Enclosed for your records, please find a copy of the second superseding indictment, government's motion to deny as moot defendant's motion to dismiss or merge counts, defendant's response to government's motion to deny and report and recommendation on defendant's motion to dismiss in regards to your case.

If you have any questions, you may contact me at (772) 489-2123. Thank you.

Sincerely,

*P. Peacock /dc*

Fletcher Peacock
  Assistant
Federal Public Defender

Enclosures

FP:dc

**Miami**
150 West Flagler Street
Suite 1500
Miami, FL 33130-1555
Tel: (305) 536-6900
Fax: (305) 530-7120

**Ft. Lauderdale**
One East Broward Boulevard
Suite 1100
Ft. Lauderdale, FL 33301-1842
Tel: (954) 356-7436
Fax: (954) 356-7556

**West Palm Beach**
450 Australian Avenue South
Suite 500
West Palm Beach, FL 33401-5040
Tel: (561) 833-6288
Fax: (561) 833-0368

**Ft. Pierce**
109 North 2nd Street
Ft. Pierce, FL 34950
Tel: (772) 489-2123
Fax: (772) 489-3997

Exb.12   6

# FEDERAL PUBLIC DEFENDER
## Southern District of Florida

**Michael Caruso**
**Federal Public Defender**

**Hector A. Dopico**
**Chief Assistant**

Location: __Fort Pierce__

Miami:

Helaine B. Batoff
Sowmya Bharathi
R. D'Arsey Houlihan
Anthony J. Natale
Paul M. Rashkind,
  Supervising Attorneys

Bonnie Phillips-Williams,
  Executive Administrator

Stewart G. Abrams
Alex Arteaga-Gomez
Abigail Becker
Katie Carmon
Eric Cohen
Timothy Cone
Tracy Dreispul
Daniel L. Ecarius
Aimee Ferrer
Ayana Harris
Celeste S. Higgins
Bunmi Lomax
Ian McDonald
Christine O'Connor
Joaquin E. Padilla
Arun Ravindran
Rainbow Willard

Ft. Lauderdale:

Robert N. Berube,
  Supervising Attorney

Andrew Adler
Janice Bergmann
Brenda G. Bryn
Timothy M. Day
Chantel R. Doakes
Robin J. Farnsworth
Margaret Y. Foldes
Bernardo Lopez
Jan C. Smith
Michael D. Spivack
Gail M. Stage
Daryl E. Wilcox

West Palm Beach:

Peter Birch,
  Supervising Attorney

Robert E. Adler
Lori E. Barrist
Neison M. Marks
Kristy Militello
Robin C. Rosen-Evans

Fort Pierce:

Panayotta Augustin-Birch
R. Fletcher Peacock

February 18, 2016

**Hand Delivered**

Mr. Michael Edward Harding
St. Lucie County Jail
900 North Rock Road
Fort Pierce, Florida 34945

Re:  United States v. Michael Edwin Harding
     Case No. 15-14057-CR-Rosenberg/Lynch

Dear Mr. Harding:

I write to summarize the status of your case and to inform you of my proposed resolution in federal court.

As we have discussed, the state intends to pursue multiple charges of capital sexual battery against you in the future. Despite my best efforts, the state has been unwilling to resolve its charges with anything less than a sentence of mandatory life imprisonment. Obviously, that is not acceptable.

Despite the state's intransigence, we still must resolve the federal charges. If we go to trial, it will be this coming Monday, February 22, 2016.

However, due to the apparent strength of the government's evidence, my suggestion is to resolve the case by a plea rather than go to trial. A plea will put you in a better light in front of the judge at sentencing and we need all the help we can get to lower your sentencing guidelines and support a motion for a downward variance. Simply put, I do not believe a trial is to your advantage.

The probable state charges make entering a plea a bit tricky. Essentially, I do not want anything we do in the federal case to jeopardize your defense of the state case. My main concern is that we not make any admissions in the federal case that could be used against you in state court.

| Miami | Ft. Lauderdale | West Palm Beach | Ft. Pierce |
|---|---|---|---|
| 150 West Flagler Street | One East Broward Boulevard | 450 Australian Avenue South | 109 North 2nd Street |
| Suite 1500 | Suite 1100 | Suite 500 | Ft. Pierce, FL 34950 |
| Miami, FL 33130-1555 | Ft. Lauderdale, FL 33301-1842 | West Palm Beach, FL 33401-5040 | Tel: (772) 489-2123 |
| Tel: (305) 536-6900 | Tel: (954) 356-7436 | Tel: (561) 833-6288 | Fax: (772) 489-3997 |
| Fax: (305) 530-7120 | Fax: (954) 356-7556 | Fax: (561) 833-0368 | |

Exb.12  7

February 18, 2016
**Hand Delivered**
Mr. Harding
Page 2

For these reasons I am proposing that you plead guilty to Counts I, II, III, and IV of the second superseding indictment and plea "no contest" to Counts V and VI. It is V and VI that involve the state allegations, so we would make no admission as to the facts of those counts.

In a plea of guilty, you would expressly admit the facts alleged. In a plea of no contest, you are only telling the court that you choose not to contest the charges. It does not require any admission and, by statute, the plea itself and any statements made in connection with the plea are inadmissible in the state case. See Fla. Stat. 90.410, enclosed.

Of course, this is only a recommendation and the final decision about whether to plead or go to trial is yours alone. I am proceeding on your agreement yesterday that a plea is the best course of action.

Sincerely,

*[signature]*

Fletcher Peacock
Assistant Federal Public Defender

Enclosures

FP:dc

Exb.12  8

**FEDERAL PUBLIC DEFENDER**
Southern District of Florida

**Michael Caruso**
**Federal Public Defender**

**Hector A. Dopico**
**Chief Assistant**

Location: Fort Pierce

Miami:

Helaine B. Batoff
Sowmya Bharathi
R. D'Arsey Houlihan
Anthony J. Natale
Paul M. Rashkind,
 Supervising Attorneys

Bonnie Phillips-Williams,
 Executive Administrator

Stewart G. Abrams
Alex Arteaga-Gomez
Abigail Becker
Katie Carmon
Eric Cohen
Timothy Cone
Tracy Dreispul
Daniel L. Ecarius
Aimee Ferrer
Ayana Harris
Celeste S. Higgins
Bunmi Lomax
Ian McDonald
Christine O'Connor
Joaquin E. Padilla
Arun Ravindran
Rainbow Willard

Ft. Lauderdale:

Robert N. Berube,
 Supervising Attorney

Andrew Adler
Janice Bergmann
Brenda G. Bryn
Timothy M. Day
Chantel R. Doakes
Robin J. Farnsworth
Margaret Y. Foldes
Bernardo Lopez
Jan C. Smith
Michael D. Spivack
Gail M. Stage
Daryl E. Wilcox

West Palm Beach:

Peter Birch,
 Supervising Attorney

Robert E. Adler
Lori E. Barrist
Neison M. Marks
Kristy Militello
Robin C. Rosen-Evans

Fort Pierce:

Panayotta Augustin-Birch
R. Fletcher Peacock

May 13, 2016

Michael Edwin Harding
Inmate ID No.: 237821
St. Lucie County Jail
900 N. Rock Rd.
Ft. Pierce, Florida 34945

Re:  United States v. Michael Edwin Harding
     Case No. 15-14057-CR-Rosenberg/Lynch

To Whom It May Concern:

Enclosed please find copies of the motion to seal exhibit and motion for downward departure.

If you have any questions, you may contact me at (772) 489-2123. Thank you.

Sincerely,

*Fletcher Peacock*

Fletcher Peacock
 Assistant
Federal Public Defender

Enclosures

FP:ab

Miami
150 West Flagler Street
Suite 1500
Miami, FL 33130-1555
Tel: (305) 536-6900
Fax: (305) 530-7120

Ft. Lauderdale
One East Broward Boulevard
Suite 1100
Ft. Lauderdale, FL 33301-1842
Tel: (954) 356-7436
Fax: (954) 356-7556

West Palm Beach
450 Australian Avenue South
Suite 500
West Palm Beach, FL 33401-5040
Tel: (561) 833-6288
Fax: (561) 833-0368

Ft. Pierce
109 North 2nd Street
Ft. Pierce, FL 34950
Tel: (772) 489-2123
Fax: (772) 489-3997

Ex b.12   9

# FEDERAL PUBLIC DEFENDER
## Southern District of Florida

**Michael Caruso**
**Federal Public Defender**

**Hector A. Dopico**
**Chief Assistant**

Location: Fort Pierce

Miami:

Helaine B. Batoff
Sowmya Bharathi
R. D'Arsey Houlihan
Anthony J. Natale
Paul M. Rashkind,
  Supervising Attorneys

Bonnie Phillips-Williams,
  Executive Administrator

Stewart G. Abrams
Alex Arteaga-Gomez
Abigail Becker
Katie Carmon
Eric Cohen
Timothy Coné
Tracy Dreispul
Daniel L. Ecarius
Aimee Ferrer
Ayana Harris
Celeste S. Higgins
Bunmi Lomax
Ian McDonald
Christine O'Connor
Joaquin E. Padilla
Arun Ravindran
Rainbow Willard

Ft. Lauderdale:

Robert N. Berube,
  Supervising Attorney

Andrew Adler
Janice Bergmann
Brenda G. Bryn
Timothy M. Day
Chantel R. Doakes
Robin J. Farnsworth
Margaret Y. Foldes
Bernardo Lopez
Jan C. Smith
Michael D. Spivack
Gail M. Stage
Daryl E. Wilcox

West Palm Beach:

Peter Birch,
  Supervising Attorney

Robert E. Adler
Lori E. Barrist
Neison M. Marks
Kristy Militello
Robin C. Rosen-Evans

Fort Pierce:

Panayotta Augustin-Birch
R. Fletcher Peacock

May 18, 2016

Michael Edwin Harding
Inmate ID No.: 237821
St. Lucie County Jail
900 N. Rock Rd.
Ft. Pierce, Florida 34945

    Re:    **United States v. Michael Edwin Harding**
             **Case No. 15-14057-CR-Rosenberg/Lynch**

To Whom It May Concern:

Enclosed please find a copy of the government's sentencing memorandum in support of a life sentence.

If you have any questions, you may contact me at (772) 489-2123. Thank you.

Sincerely,

*Fletcher Peacock*

Fletcher Peacock
    Assistant
Federal Public Defender

Enclosures

FP:ab

| Miami | Ft. Lauderdale | West Palm Beach | Ft. Pierce |
|---|---|---|---|
| 150 West Flagler Street | One East Broward Boulevard | 450 Australian Avenue South | 109 North 2nd Street |
| Suite 1500 | Suite 1100 | Suite 500 | Ft. Pierce, FL 34950 |
| Miami, FL 33130-1555 | Ft. Lauderdale, FL 33301-1842 | West Palm Beach, FL 33401-5040 | Tel: (772) 489-2123 |
| Tel: (305) 536-6900 | Tel: (954) 356-7436 | Tel: (561) 833-6288 | Fax: (772) 489-3997 |
| Fax: (305) 530-7120 | Fax: (954) 356-7556 | Fax: (561) 833-0368 | |

Ex.b.12    10

# FEDERAL PUBLIC DEFENDER
Southern District of Florida

**Michael Caruso**
**Federal Public Defender**

**Hector A. Dopico**
**Chief Assistant**

Location: __Fort Pierce__

Miami:

Helaine B. Batoff
Sowmya Bharathi
R. D'Arsey Houlihan
Anthony J. Natale
Paul M. Rashkind,
  Supervising Attorneys

Bonnie Phillips-Williams,
  Executive Administrator

Stewart G. Abrams
Alex Arteaga-Gomez
Abigail Becker
Katie Carmon
Eric Cohen
Timothy Cone
Tracy Dreispul
Daniel L. Ecarius
Aimee Ferrer
Ayana Harris
Celeste S. Higgins
Bunmi Lomax
Ian McDonald
Christine O'Connor
Joaquin E. Padilla
Arun Ravindran
Rainbow Willard

Ft. Lauderdale:

Robert N. Berube,
  Supervising Attorney

Andrew Adler
Janice Bergmann
Brenda G. Bryn
Timothy M. Day
Chantel R. Doakes
Robin J. Farnsworth
Margaret Y. Foldes
Bernardo Lopez
Jan C. Smith
Michael D. Spivack
Gail M. Stage
Daryl E. Wilcox

West Palm Beach:

Peter Birch,
  Supervising Attorney

Robert E. Adler
Lori E. Barrist
Neison M. Marks
Kristy Militello
Robin C. Rosen-Evans

Fort Pierce:

Panayotta Augustin-Birch
R. Fletcher Peacock

May 20, 2016

Michael Edwin Harding
Inmate ID No.: 237821
St. Lucie County Jail
900 N. Rock Rd.
Ft. Pierce, Florida 34945

Re: United States v. Michael Edwin Harding
Case No. 15-14057-CR-Rosenberg/Lynch

To Whom It May Concern:

Enclosed please find a copy of the notice setting continued sentencing hearing, the government's motion for protective order and to seal exhibits introduced at sentencing, and the order granting the government's motion for protective order and to seal exhibits introduced at sentencing

If you have any questions, you may contact me at (772) 489-2123. Thank you.

Sincerely,

*Fletcher Peacock*

Fletcher Peacock
  Assistant
Federal Public Defender

Enclosures

FP:ab

| Miami | Ft. Lauderdale | West Palm Beach | Ft. Pierce |
|---|---|---|---|
| 150 West Flagler Street | One East Broward Boulevard | 450 Australian Avenue South | 109 North 2nd Street |
| Suite 1500 | Suite 1100 | Suite 500 | Ft. Pierce, FL 34950 |
| Miami, FL 33130-1555 | Ft. Lauderdale, FL 33301-1842 | West Palm Beach, FL 33401-5040 | Tel: (772) 489-2123 |
| Tel: (305) 536-6900 | Tel: (954) 356-7436 | Tel: (561) 833-6288 | Fax: (772) 489-3997 |
| Fax: (305) 530-7120 | Fax: (954) 356-7556 | Fax: (561) 833-0368 | |

Exb.12   11

# FEDERAL PUBLIC DEFENDER
Southern District of Florida

**Michael Caruso**
**Federal Public Defender**

**Hector A. Dopico**
**Chief Assistant**

Location: Fort Pierce

Miami:

Helaine B. Batoff
Sowmya Bharathi
R. D'Arsey Houlihan
Anthony J. Natale
Paul M. Rashkind,
    Supervising Attorneys

Bonnie Phillips-Williams,
    Executive Administrator

Stewart G. Abrams
Alex Arteaga-Gomez
Abigail Becker
Katie Carmon
Eric Cohen
Timothy Cone
Tracy Dreispul
Daniel L. Ecarius
Aimee Ferrer
Ayana Harris
Celeste S. Higgins
Bunmi Lomax
Ian McDonald
Christine O'Connor
Joaquin E. Padilla
Arun Ravindran
Rainbow Willard

Ft. Lauderdale:

Robert N. Berube,
    Supervising Attorney

Andrew Adler
Janice Bergmann
Brenda G. Bryn
Timothy M. Day
Chantel R. Doakes
Robin J. Farnsworth
Margaret Y. Foldes
Bernardo Lopez
Jan C. Smith
Michael D. Spivack
Gail M. Stage
Daryl E. Wilcox

West Palm Beach:

Peter Birch,
    Supervising Attorney

Robert E. Adler
Lori E. Barrist
Neison M. Marks
Kristy Militello
Robin C. Rosen-Evans

Fort Pierce:

Panayotta Augustin-Birch
R. Fletcher Peacock

May 31, 2016

Michael Edwin Harding
Inmate ID No.: 237821
St. Lucie County Jail
900 N. Rock Rd.
Ft. Pierce, Florida 34945

Re:   United States v. Michael Edwin Harding
      Case No. 15-14057-CR-Rosenberg/Lynch

Dear Mr. Harding:

Enclosed please find copies of the unopposed motion to extend time for objections to the court's findings of fact and sentence imposed and the order granting the motion.

If you have any questions, you may contact me at (772) 489-2123. Thank you.

Sincerely,

*Fletcher Peacock*

Fletcher Peacock
    Assistant
Federal Public Defender

Enclosures

FP:ab

| Miami | Ft. Lauderdale | West Palm Beach | Ft. Pierce |
|---|---|---|---|
| 150 West Flagler Street | One East Broward Boulevard | 450 Australian Avenue South | 109 North 2nd Street |
| Suite 1500 | Suite 1100 | Suite 500 | Ft. Pierce, FL 34950 |
| Miami, FL 33130-1555 | Ft. Lauderdale, FL 33301-1842 | West Palm Beach, FL 33401-5040 | Tel: (772) 489-2123 |
| Tel: (305) 536-6900 | Tel: (954) 356-7436 | Tel: (561) 833-6288 | Fax: (772) 489-3997 |
| Fax: (305) 530-7120 | Fax: (954) 356-7556 | Fax: (561) 833-0368 | |

Ex 612   12