

**Extraction Report**
LG D800 G2 (Android)

GOVERNMENT EXHIBIT
CASE NO. 18-CV-14359-RLR
EXHIBIT NO. 13

## Participants
daddydearamiee_xb0@talk.kik.com

## Conversation - Instant Messages (299)

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:10:20 PM(UTC+0) |

Hey there I'm a dad too

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:10:26 PM(UTC+0) |

2 girls here

| | 8/12/2015 3:11:22 PM(UTC+0) |

Hey, what ages?

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:11:45 PM(UTC+0) |

12/7

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:11:49 PM(UTC+0) |

Yours?

| | 8/12/2015 3:12:48 PM(UTC+0) |

9/5/five months.

| | 8/12/2015 3:12:57 PM(UTC+0) |

The two oldest are step daughters

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:13:29 PM(UTC+0) |

Ok so the 9/5 are step?

| | 8/12/2015 3:14:13 PM(UTC+0) |

Yeah

| | 8/12/2015 3:14:31 PM(UTC+0) |

I only play with the oldest, the middle one has a big mouth. Lol

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:15:50 PM(UTC+0) |

Lol I know that at that age there's no discretion

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:16:08 PM(UTC+0) |

When did you start with the 9?

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:22:28 PM(UTC+0) |

With my oldest everything. My youngest oral and started a little bit of pinky penetration

1

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:22:31 PM(UTC+0) |

You?

| | | 8/12/2015 3:22:53 PM(UTC+0) |

Can your oldest take your full cock?

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:23:10 PM(UTC+0) |

No about 4 inches so far

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:23:20 PM(UTC+0) |

But she can take the thickness

| | | 8/12/2015 3:23:42 PM(UTC+0) |

We do everything. She enjoys anal a lot. She enjoys the vibrator when I try to penetrate her. She loves when I eat her out, and she will return the favor.

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:24:17 PM(UTC+0) |

Sounds like my oldest

| | | 8/12/2015 3:24:22 PM(UTC+0) |

The vibrator on her clit I should say...

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:24:26 PM(UTC+0) |

When did you take her cherry?

| | | 8/12/2015 3:25:09 PM(UTC+0) |

Well, my cock is too big so technically I haven't. But I've fit my whole middle finger inside her pussy and my ring and middle finger will easily fit in her ass.

| | | 8/12/2015 3:25:32 PM(UTC+0) |

Basically the head of my dick will fit into her pussy and that's it.

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:25:40 PM(UTC+0) |

Ok cool

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:25:55 PM(UTC+0) |

Any pics you can share of that cutie?

| | | 8/12/2015 3:26:20 PM(UTC+0) |

I don't share private pics, for safety reasons. Sorry.

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:26:32 PM(UTC+0) |

Cool

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:26:36 PM(UTC+0) |

I understand

| | | 8/12/2015 3:26:44 PM(UTC+0) |

Yeah I'd rather not be in prison. Lol

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 3:26:52 PM(UTC+0) |

I agree

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 3:27:11 PM(UTC+0)
So at 5 she was quieter than her sister?

— 8/12/2015 3:28:10 PM(UTC+0)
Much

— 8/12/2015 3:28:22 PM(UTC+0)
Two completely different kids

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 3:28:36 PM(UTC+0)
Ok

— 8/12/2015 3:28:46 PM(UTC+0)
I would love to play with the middle one, but she would dime me out in a second.

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 3:28:48 PM(UTC+0)
Did you force her at first?

— 8/12/2015 3:29:13 PM(UTC+0)
No. I began by rubbing her, then licking her.

— 8/12/2015 3:29:28 PM(UTC+0)
I never force her.

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 3:29:47 PM(UTC+0)
Great to hear that

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 3:29:52 PM(UTC+0)
Same with mine

— 8/12/2015 3:30:26 PM(UTC+0)
Yeah, I don't enjoy rape one bit. I feel it's disgusting and hurts the kids (or adult), whatever the scenario.

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 3:30:41 PM(UTC+0)
I agree

— 8/12/2015 3:30:48 PM(UTC+0)
What do your girls look like?

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 3:31:54 PM(UTC+0)
Do you share regular pics?

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 3:32:20 PM(UTC+0)
I'll show you if you can show me. I don't save them or anything.

— 8/12/2015 3:40:45 PM(UTC+0)
Yeah, I have one with her head cut off. Lol.

— 8/12/2015 3:41:02 PM(UTC+0)

3

daddydearamiee_xb0@talk.kik.com — 8/12/2015 3:41:44 PM(UTC+0)
That's no fun! Lol

😢 — 8/12/2015 3:46:17 PM(UTC+0)
Yeah, near there.

daddydearamiee_xb0@talk.kik.com — 8/12/2015 3:46:22 PM(UTC+0)
Cool!

daddydearamiee_xb0@talk.kik.com — 8/12/2015 3:47:00 PM(UTC+0)
What do you do for a living?

daddydearamiee_xb0@talk.kik.com — 8/12/2015 3:47:18 PM(UTC+0)
I'm in real estate so I know the state well.

😢 — 8/12/2015 3:47:30 PM(UTC+0)
I work for a city, nothing spectacular.

daddydearamiee_xb0@talk.kik.com — 8/12/2015 3:47:58 PM(UTC+0)
Lol

daddydearamiee_xb0@talk.kik.com — 8/12/2015 3:48:04 PM(UTC+0)
Doing what?

daddydearamiee_xb0@talk.kik.com — 8/12/2015 3:48:17 PM(UTC+0)
If it's too much to answer I understand

😢 — 8/12/2015 3:48:30 PM(UTC+0)
Yeah, let's just keep it to generalities. Lol

daddydearamiee_xb0@talk.kik.com — 8/12/2015 3:49:10 PM(UTC+0)
As long as it's not law enforcement.

daddydearamiee_xb0@talk.kik.com — 8/12/2015 3:49:11 PM(UTC+0)
lol

😢 — 8/12/2015 3:49:31 PM(UTC+0)
Hell even if it was I'm on here doing illegal shit. But no, it's not.

daddydearamiee_xb0@talk.kik.com — 8/12/2015 3:49:52 PM(UTC+0)
Ok

😢 — 8/12/2015 3:50:52 PM(UTC+0)
Yeah, so would you be up to trading off?

daddydearamiee_xb0@talk.kik.com — 8/12/2015 3:51:35 PM(UTC+0)
As long as we got to know each other better first, yeah

daddydearamiee_xb0@talk.kik.com — 8/12/2015 3:51:47 PM(UTC+0)
It's something I've thought of

4

8/12/2015 3:53:16 PM(UTC+0)

That's understandable.

8/12/2015 3:53:26 PM(UTC+0)

Would your daughter be okay with it?

8/12/2015 3:53:50 PM(UTC+0)

I'm not sure how mine would react. She's super shy. Lol

daddydearamiee_xb0@talk.kik.com                                         8/12/2015 3:54:12 PM(UTC+0)

It's something I'll have to get her ready for but she likes to please daddy

daddydearamiee_xb0@talk.kik.com                                         8/12/2015 3:54:30 PM(UTC+0)

I'm good with kids

8/12/2015 3:54:59 PM(UTC+0)

Lol, could we play with your youngest too? Or just the oldest?

8/12/2015 3:55:18 PM(UTC+0)

I'd have to figure a way to get my girl away from the house to meet up.

8/12/2015 3:55:39 PM(UTC+0)

I mean, her mom would be wondering what the fuck we were doing. Lol

daddydearamiee_xb0@talk.kik.com                                         8/12/2015 3:59:28 PM(UTC+0)

I can bring both, honestly my youngest would be easier to get to accept it easier than oldest.

8/12/2015 4:00:21 PM(UTC+0)

That would be fine. Where would we meet at?

daddydearamiee_xb0@talk.kik.com                                         8/12/2015 4:01:24 PM(UTC+0)

We can find a place near the beach. It could be my sisters house. It's a vacation home so when I go it's just me and the girls

daddydearamiee_xb0@talk.kik.com                                         8/12/2015 4:01:45 PM(UTC+0)

Hell we could take the yacht out and have fun there!

8/12/2015 4:02:17 PM(UTC+0)

Lol, that sounds fun.

daddydearamiee_xb0@talk.kik.com                                         8/12/2015 4:04:34 PM(UTC+0)

How would we get to know each other better before then?

8/12/2015 4:04:54 PM(UTC+0)

Idk, I've never done this before. Lol.

8/12/2015 4:05:31 PM(UTC+0)

You have any ideas?

daddydearamiee_xb0@talk.kik.com                                         8/12/2015 4:05:33 PM(UTC+0)

Skype?

5

**[8/12/2015 4:06:04 PM(UTC+0)]**
I would, but my wife stays home with our youngest. So it would be awfully hard to Skype with you when she's around.

**daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:06:26 PM(UTC+0)**
Voice chat through Skype until we trust each other enough to exchange phone numbers.

**daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:06:34 PM(UTC+0)**
Skype on your phone.

**[8/12/2015 4:07:42 PM(UTC+0)]**
Hm, I guess.

**[8/12/2015 4:08:15 PM(UTC+0)]**
Could you take a photo with a date/message on it with your daughter holding it?

**daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:09:25 PM(UTC+0)**
Yes or we can talk and then once we know we're both safe I can bring them on Skype to say hi. They're with me every other week.

**daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:09:54 PM(UTC+0)**
They'd be saying hi to a friend. Nothing wrong with that

**[8/12/2015 4:10:13 PM(UTC+0)]**
You're right about that.

**[8/12/2015 4:10:23 PM(UTC+0)]**
Are they with you this week?

**daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:10:44 PM(UTC+0)**
No, they're with me next week

**daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:11:37 PM(UTC+0)**
They might be if my ex can't find a sitter. That's when she brings them over off schedule.

**[8/12/2015 4:13:01 PM(UTC+0)]**
Well my kids start school next week so shits going to be a little crazy for a while. Lol

**daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:14:36 PM(UTC+0)**
Yeah same here. They'll be here but I'll have to drive them to school

**[8/12/2015 4:16:50 PM(UTC+0)]**
Hm. Well, if you wanted to drive down one day after they get out of school we could probably meet up for a few hours.

**[8/12/2015 4:17:16 PM(UTC+0)]**
I would do a weekend, but wife would want to come. So that can't happen. Lol

**daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:20:09 PM(UTC+0)**
Well we'll see.

**[8/12/2015 4:20:16 PM(UTC+0)]**
Yeah, I suppose.

6

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:20:50 PM(UTC+0)

That would be a way to introduce me and we can get to know each other and build trust.

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:21:49 PM(UTC+0)

If she trusts me maybe we can get her to let you and your oldest spend the night with us and my girls. We can always say that your youngest is too small.

8/12/2015 4:21:52 PM(UTC+0)

Yeah. My wife is just super nosey, and if I just up and took the oldest for a few trips, hours at a time she would be wondering what the fuck I'm doing. Lol

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:23:57 PM(UTC+0)

No what I'm saying is our first meet up you could bring her and she can get to know me and my girls then we could say my girls invited your oldest to a sleepover and you as a good dad will stay just in case.

8/12/2015 4:24:48 PM(UTC+0)

But how is it we know each other in the first place?

8/12/2015 4:24:55 PM(UTC+0)

Back stories are important

8/12/2015 4:25:09 PM(UTC+0)

I can't just say we met online. Lol

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:25:22 PM(UTC+0)

True

8/12/2015 4:25:32 PM(UTC+0)

How old are you?

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:25:35 PM(UTC+0)

We have time to come up with one.

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:25:39 PM(UTC+0)

42

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:25:41 PM(UTC+0)

You?

8/12/2015 4:25:43 PM(UTC+0)

27

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:25:49 PM(UTC+0)

Damn

8/12/2015 4:25:50 PM(UTC+0)

Lol

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:26:01 PM(UTC+0)

Where are you from originally?

| | 8/12/2015 4:26:05 PM(UTC+0) |
|---|---|
| Florida | |

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:26:38 PM(UTC+0) |
|---|---|
| Damn an actual Floridian! Holy shit not many of you around. | |

| | 8/12/2015 4:26:45 PM(UTC+0) |
|---|---|
| Yeah, rare breed. Lol | |

| | 8/12/2015 4:26:48 PM(UTC+0) |
|---|---|
| How about you? | |

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:27:02 PM(UTC+0) |
|---|---|
| California | |

| | 8/12/2015 4:27:23 PM(UTC+0) |
|---|---|
| Nice. I used to visit out in Santa Cruz every summer as a kid. | |

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:28:13 PM(UTC+0) |
|---|---|
| No shit | |

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:28:34 PM(UTC+0) |
|---|---|
| I'm lived in Watsonville | |

| | 8/12/2015 4:28:46 PM(UTC+0) |
|---|---|
| Lol, small world. | |

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:28:55 PM(UTC+0) |
|---|---|
| About 35 min south of Santa Cruz | |

| | 8/12/2015 4:29:06 PM(UTC+0) |
|---|---|
| Yeah I'm familiar with the area | |

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:29:24 PM(UTC+0) |
|---|---|
| My sister went to UC Santa Cruz | |

| | 8/12/2015 4:29:43 PM(UTC+0) |
|---|---|
| Oh I used to go to the Shakespeare in the woods plays there. | |

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:29:58 PM(UTC+0) |
|---|---|
| Cool | |

| | 8/12/2015 4:30:03 PM(UTC+0) |
|---|---|
| And I have a banana slugs | |

| | 8/12/2015 4:30:09 PM(UTC+0) |
|---|---|
| T-shirt | |

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:30:14 PM(UTC+0) |
|---|---|
| I think we have a connection then | |

8

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:30:16 PM(UTC+0) |

Cool

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:30:42 PM(UTC+0) |

My sister that owns the house is the one that went there

| | | 8/12/2015 4:30:59 PM(UTC+0) |

Oh cool. But how would we explain the 15 age gap.

| | | 8/12/2015 4:31:13 PM(UTC+0) |

It wasn't like we'd be playing together as kids. Lol

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:31:24 PM(UTC+0) |

My sister is 29

| | | 8/12/2015 4:31:58 PM(UTC+0) |

That would work I guess.

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:32:14 PM(UTC+0) |

You could have played with her! Lol!!!

| | | 8/12/2015 4:32:22 PM(UTC+0) |

Yeah that's plausible.

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:32:29 PM(UTC+0) |

Oh wait that wouldn't work with your wife...

| | | 8/12/2015 4:32:39 PM(UTC+0) |

Why not?

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:32:57 PM(UTC+0) |

Read what I wrote again!

| | | 8/12/2015 4:33:23 PM(UTC+0) |

My wife doesn't care. We're swingers anyhow. Lol

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:33:46 PM(UTC+0) |

Lol

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:33:48 PM(UTC+0) |

Ok

| | | 8/12/2015 4:33:48 PM(UTC+0) |

But she would wonder why I was friends with you because you're so much older.

| | | 8/12/2015 4:34:22 PM(UTC+0) |

I get the sister aspect, but to be like hey babe, just going to hang out with an old friends older brother now. Lol

| | daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:34:54 PM(UTC+0) |

I'll tell her you were the snot nosed kid there every summer that hung out with her.

| | | | |
|---|---|---|---|
| ☆ | 🟢 | 😊 | 8/12/2015 4:35:26 PM(UTC+0) |
| | | Lol | |

| | | | |
|---|---|---|---|
| ☆ | 🟢 | 😊 | 8/12/2015 4:36:24 PM(UTC+0) |
| | | Only issue I see is my grandma. She's the one who used to take me out there. And if my wife says, Hey grandma we're going to visit so and so, my grandma would be like, who the fuck is that? | |

| | | | |
|---|---|---|---|
| ☆ | 🟢 | 😊 | 8/12/2015 4:36:26 PM(UTC+0) |
| | | Hah | |

| | | | |
|---|---|---|---|
| ☆ | 🟢 | 😊 | 8/12/2015 4:36:37 PM(UTC+0) |
| | | Sorry but I have to think about all the possibilities | |

| | | | |
|---|---|---|---|
| ☆ | 🔵 | 😊 daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:36:47 PM(UTC+0) |
| | | I hear you | |

| | | | |
|---|---|---|---|
| ☆ | 🔵 | 😊 daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:36:58 PM(UTC+0) |
| | | Does your grandma live with you now? | |

| | | | |
|---|---|---|---|
| ☆ | 🟢 | 😊 | 8/12/2015 4:37:12 PM(UTC+0) |
| | | She lives like 20 min away. We see her every week | |

| | | | |
|---|---|---|---|
| ☆ | 🟢 | 😊 | 8/12/2015 4:37:26 PM(UTC+0) |
| | | So it would definitely be brought up. | |

| | | | |
|---|---|---|---|
| ☆ | 🔵 | 😊 daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:37:41 PM(UTC+0) |
| | | Ok we'll have to come up with something. | |

| | | | |
|---|---|---|---|
| ☆ | 🔵 | 😊 | 8/12/2015 4:37:51 PM(UTC+0) |
| | | Lol, yeah. That was a good story though. | |

| | | | |
|---|---|---|---|
| ☆ | 🔵 | 😊 daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:37:52 PM(UTC+0) |
| | | We have time though | |

| | | | |
|---|---|---|---|
| ☆ | 🔵 | 😊 daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:38:03 PM(UTC+0) |
| | | Yeah | |

| | | | |
|---|---|---|---|
| ☆ | 🟢 | 😊 | 8/12/2015 4:38:28 PM(UTC+0) |
| | | If you don't mind, could you send a pic or vid of cp just so I know you're not leo? I'll send one back. | |

| | | | |
|---|---|---|---|
| ☆ | 🔵 | 😊 daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:38:59 PM(UTC+0) |
| | | Ok | |

| | | | |
|---|---|---|---|
| ☆ | 🔵 | 😊 daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:39:23 PM(UTC+0) |

| | | | |
|---|---|---|---|
| ☆ | 🔵 | 😊 daddydearamiee_xb0@talk.kik.com | 8/12/2015 4:41:49 PM(UTC+0) |
| | | Please send back | |

| | | | |
|---|---|---|---|
| ☆ | 🟢 | 😊 | 8/12/2015 4:43:31 PM(UTC+0) |

> 8/12/2015 4:44:16 PM(UTC+0)
> Sorry got tied up for a moment

daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:44:55 PM(UTC+0)
Ok

daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:45:40 PM(UTC+0)
Feel better now?

> 8/12/2015 4:45:46 PM(UTC+0)
> Slightly. Lol

> 8/12/2015 4:46:04 PM(UTC+0)
> Have you ever traded before? Or met anyone in person?

daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:46:25 PM(UTC+0)
Once met in person

daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:46:45 PM(UTC+0)
Without the girls though.

daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:46:52 PM(UTC+0)
His or mine

daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:47:08 PM(UTC+0)
We were just meeting to get to know each other.

> 8/12/2015 4:47:22 PM(UTC+0)
> And what happened?

daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:48:17 PM(UTC+0)
We jacked each other while looking at each other's private pics and vids

daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:48:52 PM(UTC+0)
We were both bi curious. Decided to experiment for the first time

> 8/12/2015 4:48:59 PM(UTC+0)
> Oh. Well, I'm not interested in men, so that wouldn't happen. Lol

daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:49:08 PM(UTC+0)
Lol

> 8/12/2015 4:49:18 PM(UTC+0)
> I experimented when I was a teen and decided I didn't care for dick.

daddydearamiee_xb0@talk.kik.com — 8/12/2015 4:49:29 PM(UTC+0)
Cool

> 8/12/2015 4:49:39 PM(UTC+0)
> Did you ever get with his daughter?

11

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:50:37 PM(UTC+0)
We got together with the girls but we both chickened out. We stayed in the same hotel room for the weekend with our girls though. Never traded though.

8/12/2015 4:52:33 PM(UTC+0)
Oh, nothing ever happened? Like he didn't play with his while you watched?

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:53:32 PM(UTC+0)
Under the covers we both did with our own girl though. We heard each other.

8/12/2015 4:54:47 PM(UTC+0)
So I think it would be best if you and I just meet. Somewhere unremarkable, and public.

8/12/2015 4:55:03 PM(UTC+0)
If we feel comfortable we can bring the kids.

8/12/2015 4:55:27 PM(UTC+0)
Maybe get a hotel room nearby and I can come for a few hours.

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:55:52 PM(UTC+0)
Cool

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:55:57 PM(UTC+0)
That would work

8/12/2015 4:56:09 PM(UTC+0)
I don't think I can bring her to spend the night just yet. Like, when she gets out of school we could meet for a few hours with our kids and play.

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:56:23 PM(UTC+0)
We can get to know each other on Skype and when we're ready we can meet up.

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:56:36 PM(UTC+0)
That would work

8/12/2015 4:56:40 PM(UTC+0)
I've never used Skype. Lol. So not sure how it works.

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:58:51 PM(UTC+0)
Basically it's a chat service with wifi voice calling and video chat capabilities. You use your username to contact each other not phone number.

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 4:59:15 PM(UTC+0)
Once were ready to exchange phone numbers we can do it.

8/12/2015 5:04:53 PM(UTC+0)
Oh, sounds neat.

**daddydearamiee_xb0@talk.kik.com** — 8/12/2015 5:05:12 PM(UTC+0)
Yeah

| | | 8/12/2015 5:05:31 PM(UTC+0) |
|---|---|---|

Do I search a username or something?

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 5:06:00 PM(UTC+0) |
|---|---|

Yes

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 5:06:14 PM(UTC+0) |
|---|---|

Did you download and create an account?

| | 8/12/2015 5:06:33 PM(UTC+0) |
|---|---|

I downloaded it, just haven't made an account.

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 5:08:11 PM(UTC+0) |
|---|---|

Ok

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 5:08:16 PM(UTC+0) |
|---|---|

Let me know when you do

| | 8/12/2015 5:09:33 PM(UTC+0) |
|---|---|

Ok

| daddydearamiee_xb0@talk.kik.com | 8/12/2015 5:10:23 PM(UTC+0) |
|---|---|

I have a client coming in 5 min. I'll let you know when I'm back.

| | 8/12/2015 5:12:34 PM(UTC+0) |
|---|---|

Okay

| | 8/12/2015 6:07:08 PM(UTC+0) |
|---|---|

Hey, I'm heading home. Won't be back on for a couple days. I'll message you when I'm back. It's been great chatting and hopefully we can get something to happen.

| | 8/12/2015 6:07:54 PM(UTC+0) |
|---|---|

Skype is desthfromabovee

| | 8/12/2015 6:08:02 PM(UTC+0) |
|---|---|

Add me or however it works.

| daddydearamiee_xb0@talk.kik.com | 8/26/2015 5:08:56 PM(UTC+0) |
|---|---|

Would that be easier than meeting at my sisters house?

| | 8/26/2015 5:12:05 PM(UTC+0) |
|---|---|

The other girl would want to come and I've never played with her. She would run her mouth.

| | 8/26/2015 5:12:27 PM(UTC+0) |
|---|---|

I think my wife would find it odd that I take the oldest to Disney and leave the other behind. Lol

| daddydearamiee_xb0@talk.kik.com | 8/26/2015 5:13:38 PM(UTC+0) |
|---|---|

We can make sure the youngest sleeps through it all while we can play with Jess

| | 8/26/2015 6:07:46 PM(UTC+0) |
|---|---|

That kid doesn't sleep. Lol. Unless we slipped her something... Hah.

13

| | | |
|---|---|---|
| daddydearamiee_xb0@talk.kik.com | | 8/26/2015 6:09:05 PM(UTC+0) |

Nothing major just some NyQuil or something

| | | |
|---|---|---|
| daddydearamiee_xb0@talk.kik.com | | 8/26/2015 6:13:14 PM(UTC+0) |

Would she slap then?

| | | |
|---|---|---|
| daddydearamiee_xb0@talk.kik.com | | 8/26/2015 6:13:25 PM(UTC+0) |

Nap*

| | | |
|---|---|---|
| | | 8/26/2015 6:13:51 PM(UTC+0) |

Eh, maybe.

| | | |
|---|---|---|
| daddydearamiee_xb0@talk.kik.com | | 8/26/2015 6:15:19 PM(UTC+0) |

Would the wife want to come too?

| | | |
|---|---|---|
| | | 8/26/2015 6:15:48 PM(UTC+0) |

To join in?

| | | |
|---|---|---|
| daddydearamiee_xb0@talk.kik.com | | 8/26/2015 6:16:27 PM(UTC+0) |

I'd be cool if she did but I was referring to traveling with you guys

| | | |
|---|---|---|
| | | 8/26/2015 6:16:42 PM(UTC+0) |

Lol yeah she wouldn't join.

| | | |
|---|---|---|
| | | 8/26/2015 6:16:58 PM(UTC+0) |

If we meet up it will be just us

| | | |
|---|---|---|
| daddydearamiee_xb0@talk.kik.com | | 8/26/2015 6:17:06 PM(UTC+0) |

Ok cool

| | | |
|---|---|---|
| daddydearamiee_xb0@talk.kik.com | | 8/26/2015 6:18:14 PM(UTC+0) |

By us, you mean you and Jess and me and my girls or just you and I?

| | | |
|---|---|---|
| | | 8/26/2015 6:19:25 PM(UTC+0) |

You and your girls and me. Lol!

| | | |
|---|---|---|
| daddydearamiee_xb0@talk.kik.com | | 8/26/2015 6:19:40 PM(UTC+0) |

Lol!

| | | |
|---|---|---|
| | | 8/26/2015 6:19:41 PM(UTC+0) |

With jess probably, the other one is too risky.

| | | |
|---|---|---|
| daddydearamiee_xb0@talk.kik.com | | 8/26/2015 6:20:34 PM(UTC+0) |

With Jess yes I would meet. Without Jess it would probably just be you and I

| | | |
|---|---|---|
| daddydearamiee_xb0@talk.kik.com | | 8/26/2015 6:20:55 PM(UTC+0) |

At least to start

| | | |
|---|---|---|
| | | 8/26/2015 6:22:41 PM(UTC+0) |

Lol, would you consider just meeting me and letting me play with one of your girls?

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 6:24:08 PM(UTC+0)
I would have to see you play live with Jess for me to consider that possibility, but it's possible.

8/26/2015 6:32:53 PM(UTC+0)
Live on Skype or in person?

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 6:33:24 PM(UTC+0)
Skype

8/26/2015 6:35:11 PM(UTC+0)
What would you want us to do?

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 6:35:28 PM(UTC+0)
Play like you always play

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 6:36:24 PM(UTC+0)
I just need to be sure that you play

8/26/2015 6:36:42 PM(UTC+0)
I will have to see. Like I said, wife is all over the place here. Lol. I can assure you that I play, and have for years with my daughter.

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 6:36:47 PM(UTC+0)
I'll of course return the gesture

8/26/2015 6:37:31 PM(UTC+0)
I'm just skeptical of how she'll react. I've taken a couple vids of her sucking my dick and what not, but she hates the camera. Idk why, but she does.

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 6:37:48 PM(UTC+0)
Ok

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 6:38:00 PM(UTC+0)
Do you still have any of those vids?

8/26/2015 6:39:09 PM(UTC+0)
I deleted them because they were on my phone and was worried wife would find them.

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 6:39:16 PM(UTC+0)
Ok

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 6:39:32 PM(UTC+0)
I know that feeling too well

8/26/2015 6:39:33 PM(UTC+0)
And idk how to recover videos. I know I could probably root my phone and do it, but I'm not sure

8/26/2015 6:39:58 PM(UTC+0)
I had a great one of her sucking me off. It was a good three minute video.

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 6:40:14 PM(UTC+0)
Mmmmm

15

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 6:40:36 PM(UTC+0)
you should try to get another!

— 8/26/2015 6:41:05 PM(UTC+0)
I know I may seem like I'm jerking you around because I don't have vids, and my daughter is shy as hell. But I promise I'm legit. I love to play and I'm very gentle.

— 8/26/2015 6:41:21 PM(UTC+0)
Trust me, I've tried. She doesn't go for it.

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 6:42:19 PM(UTC+0)
Do you have an iPhone?

— 8/26/2015 6:46:07 PM(UTC+0)
Android

— 8/26/2015 6:48:26 PM(UTC+0)
I'll be back in a few.

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 6:52:26 PM(UTC+0)
Ok

— 8/26/2015 7:07:47 PM(UTC+0)
Back

— 8/26/2015 7:07:53 PM(UTC+0)
Wife went to go get the kids

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 7:09:44 PM(UTC+0)
Cool

— 8/26/2015 7:09:59 PM(UTC+0)
Yeah, so she'll be gone for a little while.

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 7:10:18 PM(UTC+0)
Cool

— 8/26/2015 7:11:51 PM(UTC+0)
So do you have any pics or vids of your girls?

— 8/26/2015 7:12:19 PM(UTC+0)
I only have non nude of mine, but I'd love to see your girls naked.

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 7:12:26 PM(UTC+0)
I have them on my computer when I get home I'll send you some

**daddydearamiee_xb0@talk.kik.com** — 8/26/2015 7:12:43 PM(UTC+0)
What do you have?

— 8/26/2015 7:13:21 PM(UTC+0)
Like I said I only have non nude stuff. Probably some bathing suit pics.

| daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:13:35 PM(UTC+0) |

That's cool

| daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:13:53 PM(UTC+0) |

I think Jessica is an angel so it doesn't matter

| daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:14:05 PM(UTC+0) |

I know she'll look amazing

| | 8/26/2015 7:18:23 PM(UTC+0) |

| | 8/26/2015 7:22:02 PM(UTC+0) |

| | 8/26/2015 7:22:21 PM(UTC+0) |

That's her sweet ass and my arm. Lol

| daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:22:44 PM(UTC+0) |

Mmmmmm

| daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:23:05 PM(UTC+0) |

That ass, legs and feet! I wanna lick her toes!!!

| | 8/26/2015 7:23:14 PM(UTC+0) |

She's so tasty

| daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:23:23 PM(UTC+0) |

I'm sure

| | 8/26/2015 7:23:25 PM(UTC+0) |

I love every inch of her body

| daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:23:36 PM(UTC+0) |

You lick it?

| | 8/26/2015 7:23:49 PM(UTC+0) |

Yes of course

| | 8/26/2015 7:24:06 PM(UTC+0) |

Not her feet, not into that. But everything else. Her pussy, ass, legs.

| daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:24:08 PM(UTC+0) |

Little asshole too?

| | 8/26/2015 7:24:13 PM(UTC+0) |

Of course

| daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:24:22 PM(UTC+0) |

I'm into feet

| | daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:24:39 PM(UTC+0) |
|---|---|---|
| | Amiee can cum just by me sucking her toes | |

| | | 8/26/2015 7:24:58 PM(UTC+0) |
|---|---|---|
| | Nice. I never tried with jess | |

| | | 8/26/2015 7:25:05 PM(UTC+0) |
|---|---|---|
| | But she cums when I eat her out | |

| | daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:25:21 PM(UTC+0) |
|---|---|---|
| | As long as it's slow and gentile | |

| | | 8/26/2015 7:25:39 PM(UTC+0) |
|---|---|---|
| | Always | |

| | | 8/26/2015 7:25:48 PM(UTC+0) |
|---|---|---|
| | She gets super wet too | |

| | daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:26:39 PM(UTC+0) |
|---|---|---|
| | Mmmmm | |

| | daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:26:47 PM(UTC+0) |
|---|---|---|
| | Can we voice chat? | |

| | daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:26:55 PM(UTC+0) |
|---|---|---|
| | I have a few | |

| | | 8/26/2015 7:27:02 PM(UTC+0) |
|---|---|---|
| | I guarantee I'm legit. Lol. I may not have the nudes to prove it but we play. | |

| | daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:27:19 PM(UTC+0) |
|---|---|---|
| | Ok | |

| | daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:27:27 PM(UTC+0) |
|---|---|---|
| | I trust you | |

| | daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:28:01 PM(UTC+0) |
|---|---|---|
| | Can we voice then on skype or no? | |

| | | 8/26/2015 7:28:09 PM(UTC+0) |
|---|---|---|
| | You said you have a few? | |

| | daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:28:23 PM(UTC+0) |
|---|---|---|
| | Minutes | |

| | daddydearamiee_xb0@talk.kik.com | 8/26/2015 7:28:52 PM(UTC+0) |
|---|---|---|
| | I have a few minutes | |