

**Extraction Report**
LG D800 G2 (Android)



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 18-CV-14359-RLR
EXHIBIT NO. 14

**Participants**
Mel M  daddydearamiee
desthfromabovee

## Conversation - Instant Messages (123)

| | | |
|---|---|---|
| daddydearamiee daddydearamiee | | 8/12/2015 6:32:42 PM(UTC+0) |
| Hi, I'd like to add you on Skype. | | |

| desthfromabovee Mark | 8/12/2015 6:32:59 PM(UTC+0) |
|---|---|
| Hey | |

| daddydearamiee Mel M | 8/12/2015 6:44:50 PM(UTC+0) |
|---|---|
| Hey | |

| desthfromabovee Mark | 8/12/2015 6:57:55 PM(UTC+0) |
|---|---|
| You finish with the client? | |

| daddydearamiee Mel M | 8/12/2015 7:00:57 PM(UTC+0) |
|---|---|
| Yes | |

| daddydearamiee Mel M | 8/12/2015 7:01:01 PM(UTC+0) |
|---|---|
| Just now | |

| daddydearamiee Mel M | 8/12/2015 7:02:42 PM(UTC+0) |
|---|---|
| You home yet? | |

| desthfromabovee Mark | 8/12/2015 7:13:51 PM(UTC+0) |
|---|---|
| Yeah | |

| desthfromabovee Mark | 8/12/2015 7:14:00 PM(UTC+0) |
|---|---|
| Wife is about to lay down with baby | |

| daddydearamiee Mel M | 8/12/2015 7:14:11 PM(UTC+0) |
|---|---|
| Ok cool | |

| daddydearamiee Mel M | 8/12/2015 7:14:28 PM(UTC+0) |
|---|---|
| You gonna get some time with Jessica? | |

| desthfromabovee Mark | 8/12/2015 7:14:48 PM(UTC+0) |
|---|---|
| I'm going to try. I'll see if she wants to. Sometimes she does, others not so much. | |

| daddydearamiee Mel M | 8/12/2015 7:15:06 PM(UTC+0) |
|---|---|
| I understand completely | |

| desthfromabovee Mark | 8/12/2015 7:15:41 PM(UTC+0) |
|---|---|
| Do you have any other pics of your kids? | |

| | | |
|---|---|---|
| daddydearamiee Mel M | | 8/12/2015 7:15:51 PM(UTC+0) |
| Yes | | |

daddydearamiee Mel M — 8/12/2015 7:15:55 PM(UTC+0)
You?

desthfromabovee Mark — 8/12/2015 7:16:17 PM(UTC+0)
Eh, a couple. I don't leave any nudes of her on my phone for obvious reasons.

daddydearamiee Mel M — 8/12/2015 7:16:38 PM(UTC+0)
I'm not asking for nudes

desthfromabovee Mark — 8/12/2015 7:16:41 PM(UTC+0)
Lol

daddydearamiee Mel M — 8/12/2015 7:16:54 PM(UTC+0)
I'm a dad too I understand

daddydearamiee Mel M — 8/12/2015 7:17:24 PM(UTC+0)
I also don't jump on the I wanna see your kid nude after 2 min of making contact

desthfromabovee Mark — 8/12/2015 7:17:52 PM(UTC+0)
That's for sure. Lol

desthfromabovee Mark — 8/12/2015 7:19:05 PM(UTC+0)
You've received a new picture. View it at: https://api.asm.skype.com/s/i?0-eus-d5-e77eaba3f0e527a9172a757b25fb625b

daddydearamiee Mel M — 8/12/2015 7:19:13 PM(UTC+0)
Nice

desthfromabovee Mark — 8/12/2015 7:19:14 PM(UTC+0)
Those are the two

daddydearamiee Mel M — 8/12/2015 7:19:26 PM(UTC+0)
Mel M sent a photo.
This device doesn't support Skype's new photo sharing features yet, but you can still view it in your browser here: https://api.asm.skype.com/s/i?0-eus-d4-6c6071003328e2fe68f1c44935c26419

daddydearamiee Mel M — 8/12/2015 7:19:41 PM(UTC+0)
Mel M sent a photo.
This device doesn't support Skype's new photo sharing features yet, but you can still view it in your browser here: https://api.asm.skype.com/s/i?0-eus-d1-5c6e0c365357fd00c05bf01f97148e88

daddydearamiee Mel M — 8/12/2015 7:19:49 PM(UTC+0)
Here's mine

desthfromabovee Mark — 8/12/2015 7:20:04 PM(UTC+0)
Cuties

daddydearamiee Mel M — 8/12/2015 7:20:21 PM(UTC+0)
I know you don't trust me but I trust you. It's ok I hope someday you will.

desthfromabovee Mark — 8/12/2015 7:20:37 PM(UTC+0)
Lol, maybe some day.

2

| | | |
|---|---|---|
| ☆ | daddydearamiee Mel M | 8/12/2015 7:21:00 PM(UTC+0) |
| | Ok I hope so | |
| ☆ | daddydearamiee Mel M | 8/12/2015 7:21:21 PM(UTC+0) |
| | Do I get another? | |
| ☆ | desthfromabovee Mark | 8/12/2015 7:21:24 PM(UTC+0) |
| | What is your ethnicity? And how big is your dick? | |
| ☆ | daddydearamiee Mel M | 8/12/2015 7:21:27 PM(UTC+0) |
| | ;) | |
| ☆ | desthfromabovee Mark | 8/12/2015 7:21:53 PM(UTC+0) |
| | You've received a new picture. View it at: https://api.asm.skype.com/s/i?0-eus-d1-71425a91769f9578e6301639a5348778 | |
| ☆ | daddydearamiee Mel M | 8/12/2015 7:22:25 PM(UTC+0) |
| | I'm Brazilian but my ex is as white as they come. I'm also light skinned. I'm about 7" | |
| ☆ | daddydearamiee Mel M | 8/12/2015 7:22:29 PM(UTC+0) |
| | You? | |
| ☆ | desthfromabovee Mark | 8/12/2015 7:22:51 PM(UTC+0) |
| | I'm white and half Colombian. Light skinned as well, about 6. | |
| ☆ | daddydearamiee Mel M | 8/12/2015 7:23:15 PM(UTC+0) |
| | Is that your oldest? | |
| ☆ | desthfromabovee Mark | 8/12/2015 7:23:20 PM(UTC+0) |
| | Yeah | |
| ☆ | desthfromabovee Mark | 8/12/2015 7:23:26 PM(UTC+0) |
| | She was probably 8 there. | |
| ☆ | daddydearamiee Mel M | 8/12/2015 7:23:32 PM(UTC+0) |
| | Omg! | |
| ☆ | daddydearamiee Mel M | 8/12/2015 7:23:53 PM(UTC+0) |
| | I think I just came without touching myself | |
| ☆ | desthfromabovee Mark | 8/12/2015 7:23:57 PM(UTC+0) |
| | Lol | |
| ☆ | daddydearamiee Mel M | 8/12/2015 7:28:18 PM(UTC+0) |
| | I'd meet up for sure | |
| ☆ | desthfromabovee Mark | 8/12/2015 7:28:30 PM(UTC+0) |
| | Hah | |
| ☆ | desthfromabovee Mark | 8/12/2015 7:28:40 PM(UTC+0) |
| | Like I said, she's my little princess. | |
| ☆ | daddydearamiee Mel M | 8/12/2015 7:31:26 PM(UTC+0) |
| | I can see why | |

| | daddydearamiee Mel M | 8/12/2015 7:31:40 PM(UTC+0) |
|---|---|---|
| | I'd treat her like the princess she is | |

| | desthfromabovee Mark | 8/26/2015 2:48:42 PM(UTC+0) |
|---|---|---|
| | Hey | |

| | daddydearamiee Mel M | 8/26/2015 3:07:24 PM(UTC+0) |
|---|---|---|
| | Hey there! | |

| | desthfromabovee Mark | 8/26/2015 3:10:38 PM(UTC+0) |
|---|---|---|
| | How have you been? | |

| | daddydearamiee Mel M | 8/26/2015 3:16:51 PM(UTC+0) |
|---|---|---|
| | Good man and you? | |

| | daddydearamiee Mel M | 8/26/2015 3:17:55 PM(UTC+0) |
|---|---|---|
| | How's princess Jessica? | |

| | desthfromabovee Mark | 8/26/2015 3:20:42 PM(UTC+0) |
|---|---|---|
| | I'm great. She's doing well, enjoying school. How about your girls? | |

| | daddydearamiee Mel M | 8/26/2015 3:23:16 PM(UTC+0) |
|---|---|---|
| | They're good excited to see their friends again. | |

| | desthfromabovee Mark | 8/26/2015 3:24:02 PM(UTC+0) |
|---|---|---|
| | I could imagine. Have you been able to play with them recently? | |

| | daddydearamiee Mel M | 8/26/2015 3:31:55 PM(UTC+0) |
|---|---|---|
| | Yes | |

| | desthfromabovee Mark | 8/26/2015 3:32:26 PM(UTC+0) |
|---|---|---|
| | Tell me details. I love details. | |

| | daddydearamiee Mel M | 8/26/2015 3:32:31 PM(UTC+0) |
|---|---|---|
| | Amiee this morning before school. She went to school with a load in her. | |

| | daddydearamiee Mel M | 8/26/2015 3:32:45 PM(UTC+0) |
|---|---|---|
| | How about you with Jessica? | |

| | desthfromabovee Mark | 8/26/2015 3:34:36 PM(UTC+0) |
|---|---|---|
| | I put a load in her ass a couple days ago. First I put two fingers deep in her ass, and made sure she was nice and wide open. Then I slid my cock in her hole. | |

| | desthfromabovee Mark | 8/26/2015 3:35:14 PM(UTC+0) |
|---|---|---|
| | Tell me how you fucked her. Details turn me on. Lol. | |

| | daddydearamiee Mel M | 8/26/2015 3:35:47 PM(UTC+0) |
|---|---|---|
| | Lol | |

| | daddydearamiee Mel M | 8/26/2015 3:35:53 PM(UTC+0) |
|---|---|---|
| | They turn me on too | |

| | desthfromabovee Mark | 8/26/2015 3:36:15 PM(UTC+0) |
|---|---|---|
| | So... Tell me more! Lol. I want my dick to get hard. | |

4

**daddydearamiee Mel M** — 8/26/2015 3:39:04 PM(UTC+0)
I woke her up licking her tight lil pussy. She got so wet. Tasted amazing like always. She was so horny after that we took a shower together and she sucked my cock. She tried deep throating unsuccessfully but I told her it was ok we got out, dried each other and then she rode me till I cummed in her pussy.

**desthfromabovee Mark** — 8/26/2015 3:40:11 PM(UTC+0)
Nice. Can she take your cock fully?

**daddydearamiee Mel M** — 8/26/2015 3:41:08 PM(UTC+0)
Yes

**daddydearamiee Mel M** — 8/26/2015 3:41:29 PM(UTC+0)
Balls slapping her nice bubble ass!

**desthfromabovee Mark** — 8/26/2015 3:42:13 PM(UTC+0)
I don't believe it! How old is she again?

**daddydearamiee Mel M** — 8/26/2015 3:47:17 PM(UTC+0)
12

**daddydearamiee Mel M** — 8/26/2015 3:48:21 PM(UTC+0)
She enjoys it all

**desthfromabovee Mark** — 8/26/2015 3:53:03 PM(UTC+0)
Has she had her period yet? And does she have any pubic hair?

**daddydearamiee Mel M** — 8/26/2015 3:53:24 PM(UTC+0)
I took a short vid on Saturday.

**daddydearamiee Mel M** — 8/26/2015 3:53:44 PM(UTC+0)
She has started to spot but not full period

**desthfromabovee Mark** — 8/26/2015 3:53:45 PM(UTC+0)
So you're going to tease me now? Lol

**daddydearamiee Mel M** — 8/26/2015 3:54:32 PM(UTC+0)
She asks me to wax her. I don't know how so I ask a friend of mine to do it for her.

**daddydearamiee Mel M** — 8/26/2015 3:54:43 PM(UTC+0)
Who's teasing?

**desthfromabovee Mark** — 8/26/2015 3:55:40 PM(UTC+0)
So she's waxed? That's hot. You're teasing. Lol, you know I'd love to see it.

**daddydearamiee Mel M** — 8/26/2015 3:56:26 PM(UTC+0)
Well with my background and customs it's fairly common for girls to wax.

**daddydearamiee Mel M** — 8/26/2015 3:56:33 PM(UTC+0)
I know you would

**desthfromabovee Mark** — 8/26/2015 3:56:58 PM(UTC+0)
I'm glad she's well maintained. Lol

5

| | daddydearamiee Mel M | 8/26/2015 3:57:19 PM(UTC+0) |
|---|---|---|
| | Oh yeah she is | |

| | desthfromabovee Mark | 8/26/2015 4:00:15 PM(UTC+0) |
|---|---|---|
| | How about the little one? Have you done anything more with her? | |

| | daddydearamiee Mel M | 8/26/2015 4:00:31 PM(UTC+0) |
|---|---|---|
| | No just oral really | |

| | daddydearamiee Mel M | 8/26/2015 4:00:54 PM(UTC+0) |
|---|---|---|
| | A bit of pinky penetration in her ass but nothing further | |

| | desthfromabovee Mark | 8/26/2015 4:01:36 PM(UTC+0) |
|---|---|---|
| | Wonderful. Do you plan on trying more with her m | |

| | daddydearamiee Mel M | 8/26/2015 4:02:04 PM(UTC+0) |
|---|---|---|
| | Do you have any way to receive vid? | |

| | daddydearamiee Mel M | 8/26/2015 4:02:22 PM(UTC+0) |
|---|---|---|
| | Oh yeah I do but all in due time. | |

| | desthfromabovee Mark | 8/26/2015 4:02:47 PM(UTC+0) |
|---|---|---|
| | Lol. Idk. Doesn't this app have the capability? | |

| | desthfromabovee Mark | 8/26/2015 4:03:14 PM(UTC+0) |
|---|---|---|
| | You can send a file. | |

| | daddydearamiee Mel M | 8/26/2015 4:03:46 PM(UTC+0) |
|---|---|---|
| | Not on mobile | |

| | daddydearamiee Mel M | 8/26/2015 4:04:27 PM(UTC+0) |
|---|---|---|
| | I tried | |

| | desthfromabovee Mark | 8/26/2015 4:07:51 PM(UTC+0) |
|---|---|---|
| | How else would you send it?  Email? | |

| | daddydearamiee Mel M | 8/26/2015 4:08:56 PM(UTC+0) |
|---|---|---|
| | Do you have kik? | |

| | desthfromabovee Mark | 8/26/2015 4:09:02 PM(UTC+0) |
|---|---|---|
| | Yes | |

| | daddydearamiee Mel M | 8/26/2015 4:09:18 PM(UTC+0) |
|---|---|---|
| | Email is too risky | |

| | daddydearamiee Mel M | 8/26/2015 4:09:27 PM(UTC+0) |
|---|---|---|
| | What's your kik? | |

| | desthfromabovee Mark | 8/26/2015 4:09:31 PM(UTC+0) |
|---|---|---|
| | True. | |

| | daddydearamiee Mel M | 8/26/2015 4:10:39 PM(UTC+0) |
|---|---|---|
| | I can send you a screenshot of it I guess. | |

| | | |
|---|---|---|
| desthfromabovee Mark | | 8/26/2015 4:11:43 PM(UTC+0) |
| It's desthfromabovee | | |

| | | |
|---|---|---|
| desthfromabovee Mark | | 8/26/2015 4:11:49 PM(UTC+0) |
| Same as my Skype | | |

| | | |
|---|---|---|
| daddydearamiee Mel M | | 8/26/2015 4:11:57 PM(UTC+0) |
| Ok | | |

| | | |
|---|---|---|
| desthfromabovee Mark | | 8/26/2015 6:56:25 PM(UTC+0) |
| Hey, I'm on here now. | | |

| | | |
|---|---|---|
| desthfromabovee Mark | | 8/26/2015 7:01:16 PM(UTC+0) |
| I'll try to get on kik a little later. I just got home. | | |

| | | |
|---|---|---|
| daddydearamiee Mel M | | 8/26/2015 7:18:37 PM(UTC+0) |
| Ok cool | | |

| | | |
|---|---|---|
| daddydearamiee Mel M | | 8/26/2015 7:19:32 PM(UTC+0) |
| You gonna send me anything where I can see their faces? | | |

| | | |
|---|---|---|
| desthfromabovee Mark | | 8/26/2015 7:29:06 PM(UTC+0) |
| Hey | | |

| | | |
|---|---|---|
| daddydearamiee Mel M | | 8/26/2015 7:29:11 PM(UTC+0) |
| Hey | | |

| | | |
|---|---|---|
| desthfromabovee Mark | | 8/26/2015 7:29:25 PM(UTC+0) |
| Idk how to call or whatever with this thing. | | |

| | | |
|---|---|---|
| daddydearamiee Mel M | | 8/26/2015 7:29:37 PM(UTC+0) |
| Ok I'll call you | | |

| | | |
|---|---|---|
| daddydearamiee Mel M | | 8/26/2015 7:30:17 PM(UTC+0) |
| That ok? | | |

| | | |
|---|---|---|
| desthfromabovee Mark | | 8/26/2015 7:30:21 PM(UTC+0) |
| Okay | | |

| | | |
|---|---|---|
| desthfromabovee Mark | | 8/26/2015 7:32:22 PM(UTC+0) |
| Lol idk what happened | | |

| | | |
|---|---|---|
| daddydearamiee Mel M | | 8/26/2015 7:32:38 PM(UTC+0) |
| Sorry my call dropped | | |

| | | |
|---|---|---|
| desthfromabovee Mark | | 8/26/2015 7:33:13 PM(UTC+0) |
| It's all good man. Well, now we know we're both human | | |

| | | |
|---|---|---|
| desthfromabovee Mark | | 8/26/2015 7:33:14 PM(UTC+0) |
| Lol | | |

| | | |
|---|---|---|
| desthfromabovee Mark | | 8/26/2015 7:33:23 PM(UTC+0) |
| My damn baby is crying like crazy. Ugh | | |

| | daddydearamiee Mel M | 8/26/2015 7:33:31 PM(UTC+0) |
|---|---|---|
| | Let me step outside and call again | |

| | desthfromabovee Mark | 8/26/2015 7:33:46 PM(UTC+0) |
|---|---|---|
| | Ok | |

| | desthfromabovee Mark | 8/26/2015 7:43:51 PM(UTC+0) |
|---|---|---|
| | Just send the photos or vids later on. I'll check my phone late tonight. Ttyl | |