**Mel M**

8/26

crazy. Ugh

Let me step outside and call again

Ok

Just send the photos or vids later on. I'll check my phone late tonight. Ttyl

Ok

9/2

Hey

Are you there?

Hey

Sorry it's been really busy

9/3

GOVERNMENT EXHIBIT
CASE NO. 18-CV-14359 RLR
EXHIBIT NO. 15

