

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 15-14057-CR-RLR

EXHIBIT NO. 11